**Order entered September 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01148-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**PEDRO BOCANEGRA, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. M17-18606-C**

## ORDER

The State of Texas filed an interlocutory appeal from the trial court's August 30, 2019 order granting Pedro Bocanegra's motion to suppress. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a)(5). In its September 16, 2019 notice of appeal, the State asks for a stay of the trial court's proceedings pending disposition of the appeal of the suppression order.

Article 44.01(e) provides that the State is entitled to a stay in the proceedings pending the appeal of the trial court's order granting a motion to suppress. *See id*. art. 44.01(e). We **GRANT** the State's request and **ORDER** the proceedings stayed pending disposition of the appeal of the trial court's order granting Bocanegra's motion to suppress.

/s/     LANA MYERS
        JUSTICE